**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES, et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **DONALD TRUMP, et al.** | Civil No. 1:25-cv-03745-CRC |
| **Defendants.** | |
| **GREATER-BIRMINGHAM ALLIANCE TO STOP POLLUTION, et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **DONALD TRUMP, et al.** | Civil No. 1:25-cv-04469-CRC |
| **Defendants.** | |
| **MINNESOTA CENTER FOR ENVIRONMENTAL ADVOCACY, et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **DONALD TRUMP, et al.** | Civil No. 1:26-cv-00287-CRC |
| **Defendants.** | |
| **CLEANAIRE NC, et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **DONALD TRUMP, et al.** | Civil No. 1:26-cv-00233-CRC |
| **Defendants.** | |

**UNITED STATES' MOTION TO CONSOLIDATE CASES,
DESIGNATE LEAD CASE, AND PLACE REMAINING CASES IN ABEYANCE**

The United States respectfully moves the Court to consolidate *t.e.j.a.s. et al., v. Trump*, *et al.*, 1:25-cv-03745-CRC (D.D.C.), *Greater-Birmingham Alliance to Stop Pollution et al.,  v. Trump, et al.*, 1:25-cv-04469-CRC (D.D.C.), *Minnesota Center for Environmental Advocacy et al., v. Trump, et al.*, 1:26-cv-00287-CRC (D.D.C.), and *CleanAire NC, et al. v. Trump, et al.*, 1:26-cv-00233-CRC (D.D.C.). The United States further moves to designate *t.e.j.a.s.* as the lead case and place the remaining three cases in abeyance pending the Court's resolution of Defendants' motion to dismiss in *t.e.j.a.s.*[1]

//

---

[1] The United States initially filed this motion in *t.e.j.a.s.* on February 20, 2026, alongside notices of the motion in *GBASP*, *MCEA*, and *CleanAire*. Upon direction from chambers in a joint call from plaintiffs' counsel and United States counsel on February 25, 2026, the United States now files this identical motion in *GBASP*, *MCEA*, and *CleanAire*.

Dated: February 26, 2026

                                          Respectfully submitted,

                                          ADAM R.F. GUSTAFSON
                                          Principal Deputy Assistant Attorney General

                                          ROBERT N. STANDER
                                          Deputy Assistant Attorney General
                                          Environment & Natural Resources Division

                                          /s/ *DanielJMartin*
HALI KERR                                 DANIEL J. MARTIN
Attorney-Advisor                          LAURA J. BROWN
EPA Office of General Counsel             U.S. Department of Justice
Washington, DC                            Environment & Natural Resources Division
                                          Environmental Defense Section
                                          P.O. Box 7611
                                          Washington, D.C. 20044
                                          (202) 598-1869